UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID ZAYATZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AKUMIN OPERATING CORP. f/k/a AKUMIN CORP.,<br><br>Defendant. | Case No.: 0:24-cv-62439-SINGHAL |

### REVISED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiffs David Zayatz, Michele Mariano Guera, Gina Letizio, Eduardo Guillen, Isabel Reeves, Paul Coons as executor of the Estate of Elizabeth Bissell, John Crerar, and Christopher Sharp hereby submit this Revised Notice of Voluntary Dismissal Without Prejudice to clarify their intention to dismiss without prejudice the above-captioned consolidated action in its entirety.

Dated: August 14, 2025.

Respectfully submitted,

/s/ Jeff Ostrow
Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-4200
ostrow@kolawyers.com

Mariya Weekes
Florida Bar No. 56299
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel: (786) 879-8200
Fax: (786) 879-7520

Email: mweekes@milberg.com

*Plaintiffs' Interim Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2025, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

*/s/ Jeff Ostrow*_____
Jeff Ostrow