UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62439-CIV-SINGHAL/STRAUSS

DAVID ZAYATZ *et al*.,

    Plaintiff,

v.

AKUMIN OPERATING CORP.

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Plaintiffs' Revised Notice of Voluntary Dismissal Without Prejudice (DE [37]) ("Notice").  The Court having reviewed the Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this consolidated action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 15th day of August 2025.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF